Cate, D.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



5/22/2014

---

NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
as Liquidating Agent of Southwest Corporate
Federal Credit Union and Members United
Corporate Federal Credit Union,

                            Plaintiff,

v.

BARCLAYS CAPITAL INC.

                            Defendant.

---

Case No. 13-cv-6727 (DLC)

## STIPULATION AND ~~[PROPOSED]~~ ORDER

WHEREAS, in *National Credit Union Administration Board* ("NCUA") v. *Morgan Stanley & Co., et al.*, No. 13-cv-6705-DLC (S.D.N.Y.), this Court issued an opinion and order dated April 28, 2014 ("April 28 Order"), striking certain defenses in the Answer of defendants Morgan Stanley & Co., Inc. and Morgan Stanley Capital I Inc.;

WHEREAS, NCUA has informed Defendant Barclays Capital Inc. ("Barclays") that, based on the April 28 Order, it intends to move to strike Barclays' Affirmative Defenses numbered 9, 11, 21, 23, 25, and 28 asserted in Barclays' April 4, 2014 Answer ("Answer") in the above-captioned action ("Action");

WHEREAS, the Parties desire to avoid motion practice regarding those defenses;

NOW, THEREFORE, IT IS HEREBY ORDERED that Barclays' Affirmative Defenses numbered 9, 11, 21, 23, 25, and 28 are dismissed with prejudice; and

        IT IS FURTHER ORDERED that nothing in this Stipulation (i) shall be

deemed an admission by Barclays that it agrees with or adopts the opinions of the Court

in the April 28 Order or (ii) shall prejudice any party's right to appeal or move for

reconsideration with respect to any issue decided by the Court in the April 28 Order as if

it had been entered in the Action.


STIPULATED AND AGREED:

David H. Braff
Brian T. Frawley
Jeffrey T. Scott
Joshua Fritsch
J. Brendan Day

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
braffd@sullcrom.com
frawleyb@sullcrom.com
scottj@sullcrom.com
fritschj@sullcrom.com
dayb@sullcrom.com

*Attorneys for Defendant Barclays Capital Inc.*

So ordered.

May 21, 2014

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel.: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

Stephen M. Tillery
Greg G. Gutzler
Tamara M. Spicer
Steven M. Berezney
Giuseppe S. Giardina
Michael E. Klenov
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101-1625
Phone: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
tspicer@koreintillery.com
sberezney@koreintillery.com
ggiardina@koreintillery.com
mklenov@koreintillery.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com

*Attorneys for Plaintiff National Credit Union Administration Board*

SO ORDERED this ___ day of _____, 2014.

_____
HON. DENISE COTE
United States District Judge
Southern District of New York

-3-