```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                         Plaintiff,   :    13cv6705 (DLC)
              -v-                     :    13cv6719 (DLC)
                                      :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :    13cv6726 (DLC)
                                      :    13cv6727 (DLC)
                         Defendants.  :    13cv6731 (DLC)
                                      :    13cv6736 (DLC)
And other NCUA Actions.               :
------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                         Plaintiff,   :    11cv2340 (JWL)
              -v-                     :    11cv2649 (JWL)
                                      :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,        :    13cv2418 (JWL)
                                      :
                         Defendants.  :
                                      :
And other NCUA Actions.               :
------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/15
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
              -v-                        :       11cv5887 (GW)
                                         :       11cv6521 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :
CAPITAL MARKETS, INC., et al.,           :
                                         :       ORDER
                         Defendants.     :
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On March 18, 2015, the RBS defendants submitted a letter seeking an order compelling NCUA to provide certain discovery concerning its claimed damages. In a separate letter of March 18, the RBS defendants request that Exhibits A-C to its initial letter be filed under seal. Accordingly, it is hereby

ORDERED that NCUA shall submit any response to the RBS defendants' initial March 18 letter by March 23 at noon EDT.

IT IS FURTHER ORDERED that the RBS defendants' request to file Exhibits A-C under seal is granted.

```
Dated: March 19, 2015         /s/ Denise Cote
                              United States District Judge


Dated: March 19, 2015         /s/ George H. Wu
                              United States District Judge


Dated: March 19, 2015         /s/ John W. Lungstrum
                              United States District Judge


Dated: March 19, 2015         /s/ James P. O'Hara
                              United States Magistrate Judge
```