UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
NATIONAL CREDIT UNION
ADMINISTRATION BOARD         Plaintiff,

Case No. 13-cv-6727 (DLC)

-against-

BARCLAYS CAPITAL, INC.       Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Tamara M. Spicer
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Korein Tillery LLC
            FIRM ADDRESS: 505 N. 7th Street, Ste. 3600, St. Louis, MO 63101
            FIRM TELEPHONE NUMBER: 314-241-4844
            FIRM FAX NUMBER: 314-241-3525

NEW FIRM:   FIRM NAME: Elias Gutzler Spicer LLC
            FIRM ADDRESS: 1924 Chouteau Ave., Ste. W., St. Louis, MO 63101
            FIRM TELEPHONE NUMBER: 314-833-6645
            FIRM FAX NUMBER: 314-621-7607

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 5/5/15

_____
ATTORNEY'S SIGNATURE