UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *As Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Federal Credit Union*, | : : : : : : | No. 1:13-cv-6727 (DLC) |
| Plaintiff, | : : | |
| v. | : : : | |
| BARCLAYS CAPITAL INC., | : : : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Barclays Capital Inc.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         May 5, 2015

                                        Respectfully submitted,

                                        /s/ Jonathan M. Sedlak
                                        Jonathan M. Sedlak (sedlakj@sullcrom.com)

                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, NY  10004-2498
                                        Telephone:  212-558-4000
                                        Facsimile:  212-558-3588

                                        *Counsel for Defendant Barclays Capital Inc.*