UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
as Liquidating Agent of Southwest Corporate
Federal Credit Union and Members United
Corporate Federal Credit Union,

    *Plaintiff*,

-against-

BARCLAYS CAPITAL INC.,

    *Defendant*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:13-cv-06727 (DLC)

ELECTRONICALLY FILED

6/8/2015



## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey T. Scott of the firm Sullivan & Cromwell LLP hereby moves for the withdrawal of the appearance of Joshua J. Fritsch as counsel to defendant in this action by reason of Mr. Fritsch leaving the firm of Sullivan & Cromwell LLP. Sullivan & Cromwell LLP continues to serve as counsel for defendant in this action through attorneys Brian T. Frawley, David Braff, Jeffrey T. Scott, and Jonathan Sedlak. Please direct all future correspondence and papers in this action to them.

Dated: June 4, 2015
New York, New York

So ordered.

/s/ Denise Cote
6/8/15

/s/ *Jeffrey T. Scott*
Jeffrey T. Scott (*scottj@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588

*Counsel for Defendant Barclays Capital Inc.*