UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

National Credit Union Administration Board

            Plaintiff,

-against-

Barclays Capital, Inc.

           Defendant.

_____X

**NOTICE OF APPEARANCE**

13-CV-6727 (DLC)
ECF Filed

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears as co-counsel to Defendant Barclays Capital Inc. in the above entitled matter.

Dated: November 29, 2015
New York, New York

            The Barry Fischer Law Firm LLC
            By: *Barry R. Fischer,* Esq. (BF0274)

            555 Fifth Avenue, Suite 1700
            New York, New York 10017
            (212) 840-9300
            bfischer@bflf-us.com