## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>*Plaintiff*,<br><br>v.<br><br>BARCLAYS CAPITAL, INC.,<br><br>*Defendant*. | Case No. 13-cv-6727 (DLC) |

### SETTLING PARTIES' JOINT MOTION FOR A BAR ORDER

Plaintiff National Credit Union Administration Board and Defendants Barclays Capital, Inc. (the "Settling Parties") respectfully move for the entry of a contribution bar order barring claims by other defendants and other alleged tortfeasors against Barclays Capital, Inc. for contribution or indemnity in connection with two residential mortgage-backed securities Certificates at issue in the *Barclays Kansas Action*, No. 12-2631 (D. Kan.).  In support, the Settling Parties incorporate their memorandum in support as if fully stated herein.

1

Dated:  November 2, 2015

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel:  (212) 382-3300
Fax:  (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
Korein Tillery LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel:  (312) 641-9760
Fax:  (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Steven M. Berezney
Korein Tillery LLC

Respectfully submitted,

Barry Fischer
THE BARRY FISCHER LAW FIRM LLC
555 Fifth Avenue, Suite 1700
New York, NY  10017
Tel: (212) 840-9300
Fax: (212) 682-7060
bfischer@bflf-us.com

*Attorneys for Defendant Barclays Capital Inc.*

505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel:  (314) 241-4844
Fax:  (314) 241-3525
stillery@koreintillery.com
sberezney@koreintillery.com

*Attorneys for Plaintiffs*
*National Credit Union Administration Board*